**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Leonardo Lopez, et al.<br><br>Defendants. | CASE NO. 2:22-cv-01700-WDK-JC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Leonardo Lopez, Iris Lopez, Fernando Lopez, Verenice Lopez, and Fermax, Inc. that the above-entitled action is hereby dismissed **without prejudice** against Leonardo Lopez, Iris Lopez, Fernando Lopez, Verenice Lopez, and Fermax, Inc..

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 21, 2022, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: June 23, 2022
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**